UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID MOERSCHEL et al.,<br><br>Defendant(s). | CR NO. 21-MJ-00512 (RMM) |

**NOTICE OF APPEARANCE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Jeffrey Nestler is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: July 8, 2021

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar Number 415793

By: */s/ Jeffery Nestler*
Jeffrey Nestler
Assistant United States Attorney
D.C. Bar No. 978296
United States Attorney's Office
555 4th Street, N.W.
Washington, DC 20530
Telephone: (202) 252-7277
Email: Jeffrey.nestler@usdoj.gov