UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     )
                                     )
                    v.     )    No.: Cr.   21-CR-28-APM
                                     )
DAVID MOERSCHEL             )

## MOTION TO ADOPT MOTIONS OF CO-DEFENDANTS

**COME NOW DEFENDANT DAVID MOERSCHELL,** by and through his counsel of record, who respectfully requests this Honorable Court to allow him to join the motions of the Following Co-Defendants:

| **DEFENDANT** | **Doc.** | **Motion** |
|---|---|---|
| Thomas E. Caldwell | 240 | Motion to Dismiss Counts 1, 2 and 4 of the Indictment |
| Thomas E. Caldwell | 270 | Motion to Transfer Venue |
| Donavan Crowl | 288 | Motion to Dismiss Counts 1, and 2 of the Indictment |

To the extent that the motions are fact-specific to one defendant, the legal analysis applies equally to all defendants if granted. Further, it is in the interest of judicial economy to grant this Motion.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on August 20, 2021, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to all interested parties, including the Office of the United States Attorney.

Respectfully submitted,

Brown, Suarez, Rios & Weinberg, P.A.
Attorney for Defendant
265 E Marion Ave., Ste 114
Punta Gorda, FL 33950
Telephone:     (941) 575-8000
Facsimile:     (941) 575-8888
E-mail: Scott@bsrlegal.com


By   /s/ Scott Weinberg
      Scott Weinberg
      Fla. Bar No. 71109